IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ALISA VOLKMAN and DIANE VOLKMAN on behalf of JASON J. VOLKMAN, | CV 17–169–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, UNITED OF OMAHA LIFE INSURANCE COMPANY, JOHN DOES 1–10, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 55(c), Defendant United of Omaha Life Insurance Company filed an Unopposed Motion to Set Aside Default (Doc. 13). Good cause appearing,

IT IS ORDERED that Defendant's Motion (Doc. 13) is GRANTED. The Clerk of Court is directed to set aside the February 21, 2018, Entry of Default (Doc. 10).

DATED this 2nd day of March, 2018.

Dana L. Christensen, Chief Judge
United States District Court