FILED
APR 16 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALISA VOLKMAN and DIANE VOLKMAN on behalf of JASON J. VOLKMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, UNITED OF OMAHA LIFE INSURANCE COMPANY, JOHN DOES 1-10,<br><br>Defendants. | CV 17–169–M–DLC<br><br>ORDER |

Defendants have moved to allow Gary L. Howard, Shane P. Coleman, and Brianne C. McClafferty to participate in the April 27, 2018 Preliminary Pretrial Conference via telephone (Doc. 21 at 2.) Plaintiffs do not oppose Defendants' Motion. (*Id.*)

Although the Court believes that the personal presence of counsel at the Preliminary Pretrial Conference serves multiple meritorious purposes, the Defendants' Motion (Doc. 21) is nevertheless GRANTED. Gary L. Howard, Shane P. Coleman, and Brianne C. McClafferty may participate in the April 27,

-1-

2018 Preliminary Pretrial Conference via telephone. Counsel will be advised of the dial-in information prior to the conference.

DATED this 16th day of April, 2018.

Dana L. Christensen, Chief District Judge
United States District Court