IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

DEC 13 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ALISA VOLKMAN and DIANE VOLKMAN on behalf of JASON J. VOLKMAN, | CV 17–169–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, UNITED OF OMAHA LIFE INSURANCE COMPANY, JOHN DOES 1–10, | |
| Defendants. | |

The Parties having filed a Stipulated Motion to Dismiss (Doc. 33) reflecting their settlement in this matter,

IT IS ORDERED that the Motion (Doc. 33) is GRANTED. Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, each party to bear its fees and costs.

DATED this 13th day of December, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-